# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2007

Clifford W. Taylor,
Chief Justice

134949 & (46)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                              SC: 134949
                              COA: 268346
                              Lapeer CC: 05-036511-AV
                              71-A DC: 05-001566-SI

METAMORA WATER SERVICE, INC.,
    Defendant-Appellant.

_____/

      On order of the Court, the motion for leave to file amicus curiae brief is GRANTED. The application for leave to appeal the August 2, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2007

_____
Clerk

s1219